## UNITED STATES DISTRICT COURT
## DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**George W. Macosko, Jr. and**           Case No.: **2:14-cv-14746-MOB-MJH**
**Dawn J. Macosko (aka) Dawn J. Mocabee,**   Judge: **Marianne O. Battani**

        **Plaintiff,**

vs.

**Midland Funding, LLC and**
**Midland Credit Management, Inc.**

        **Defendant(s).**
_____/

### RESPONSE TO ORDER TO SHOW CAUSE

NOW COME THE PLAINTIFFS, George W. Macosko, Jr. and Dawn J. Macosko, by and through their attorneys James C. Warr & Associates, PLC, and for their Response to the Order to Show Cause state as follows:

1. The Plaintiffs and Defendants have agreed to settle this matter.

2. Upon consummation of the terms of the agreement, the Plaintiffs will ask the Court to dismiss the case with prejudice.

3. The Plaintiffs anticipate that consummation of the aforementioned agreement to settle will take place in approximately 28 days.

Respectfully submitted,


 /s/ James C. Warr
JAMES C. WARR (P47001)
James C. Warr & Associates, PLC
Attorney for Debtor(s)
24500 Northwestern Hwy., Suite 205
Southfield, MI 48075
(248) 357-5860
attywarr@sbcglobal.net

Dated: 1-28-2015